AO 91 (Rev. 11/11)  Criminal Complaint

JRS/bv

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>CURTIS PORTLAND LITTEN,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 16-mj-01047-TMD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 24, 2016__ in the county of __Calvert County__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | possession of a firearm and ammunition by a convicted felon |

FILED _____ ENTERED
LODGED _____ RECEIVED

APR 2 2 2016

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY
          GM

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Michael Davis, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/21/2016

_____
Judge's signature

City and state: Greenbelt, MD

Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*