JRS/TPW:  USAO 2016R00292

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. 16-mj-01047-TMD |
| CURTIS PORTLAND LITTEN, | * | UNDER SEAL |
| Defendant | * | |

*******

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael Davis, Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

1. I have been a Special Agent with the ATF since February 2009. I am a graduate of both the fourteen (14) week ATF Special Agent Basic Training Program as well as the twelve (12) week Criminal Investigator Training Program held at the Federal Law Enforcement Training Center in Glynco, Georgia. I am also a graduate of the twenty-four (24) week Maryland State Police Academy in Pikesville, Maryland, and have furthered my basic training by completing ATF Advance Complex Investigations Training, ATF Firearms Trafficking Techniques Training, and Prince George's County, Maryland Police Department's Basic & Advanced Criminal Investigation Schools. I have received specialized training in the investigation of state and federal crimes involving the trafficking of firearms. I have participated in numerous firearm trafficking investigations that resulted in the arrest and conviction of numerous subjects, the seizure of property and assets, and the seizure of firearms.

1

2. The statements in this affidavit are based on my personal knowledge and observations during the course of this investigation; information observed by or known to other law enforcement agents that they conveyed to me; my personal review of records, documents, and other physical evidence obtained during the investigation; and information gained through my training and experience. I have not included each and every fact known to me concerning this investigation.

3. I have set forth only those facts that I believe are necessary to establish probable cause to believe that on or about March 24, 2016, in the District of Maryland, Curtis Portland Litten ("LITTEN") violated 18 U.S.C. § 922(g)(1) (possession of a firearm and ammunition by a convicted felon).

4. On March 24, 2016, District Court for Prince George's County, Maryland District Court Judge C. Philip Nichols authorized a State of Maryland search and seizure warrant for the premises located at 5035 Solomon's Island Road, Huntingtown, Calvert County, Maryland 20639, a residence known to be owned and used by LITTEN. The items to be searched and seized included evidence of firearms and ammunition possession, among others.

5. Later that same date, members of the Prince George's County Police Department and the Calvert County Sheriff's Office executed the search warrant. As a result of the search, numerous items were seized, including firearms, ammunition, and various documents in the name of LITTEN. For example, law enforcement recovered the following items from a bedroom, which was identified by another house occupant as LITTEN's bedroom: documents in the name of LITTEN; one Harrington & Richardson .22 caliber handgun, Model 999, bearing serial number D27696, one Harrington & Richardson .38 caliber handgun, bearing serial number 1046, one Mossberg, 12-gauge shotgun stored in a gun carrying case, Model: 500A, bearing

serial number R640916, one Olympic .38 caliber blank firing revolver, 300 rounds of .22 caliber ammunition, and one 20 gauge shotgun shell.

6. The Harrington & Richardson .22 caliber handgun and the Harrington & Richardson .38 caliber handgun were both manufactured in Massachusetts. The Mossberg 12-gauge shotgun was manufactured in the state of Connecticut. Thus, the three firearms traveled in or affected interstate commerce prior to their recovery in Maryland.

7. A check of Calvert County, Maryland Circuit Court records revealed that prior to the execution of the above-described search warrant, LITTEN had been convicted of Attempted Assault Second Degree, which carried a statutory maximum of more than one year in prison. Specifically, on or about July 21, 2009, LITTEN was sentenced to three years in prison, with three years suspended, along with five years of supervised probation. As a result of this conviction, LITTEN was prohibited from possessing a firearm and ammunition. As of April 20, 2016, LITTEN's civil rights have not been restored.

8. Based on the foregoing, your Affiant respectfully submits that there is probable to believe that LITTEN has violated 18 U.S.C. § 922(g)(1) and requests a criminal complaint for LITTEN be issued. Your Affiant also respectfully requests that the Court issue an arrest warrant for LITTEN.

_____ 5079
Michael Davis, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Signed and sworn to before me this 21 day of April, 2016, in Greenbelt, Maryland.

_____
Honorable Thomas M. DiGirolamo
United States Magistrate Judge

3